A CERTIFIED TRUE COPY

SEP -6 2000

ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-12-00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
August 21, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 1203*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

00-1765 DSD/JMM

FILED
SEP 11 2000
MICHAEL E. KUNZ, Clerk
By [redacted] Dep. Clerk

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-62)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,450 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000) the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 6 2000

CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

FILED 9.19.00
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

3

| District | Div | Civil Action # | |
|---|---|---|---|
| RHODE ISLAND | | | |
| RI | 1 | 00-348 | Ensign, et al. v. American Home Products Corp., et al. |
| TEXAS EASTERN | | | |
| TXE | 1 | 00-415 | Garrett v. American Home Products Corp., et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 00-1147 | Henderson v. American Home Products Corp., et al. |
| TXN | 4 | 00-429 | Reagan v. Wyeth-Ayerst Laboratories, et al. |
| TEXAS WESTERN | | | |
| TXW | 7 | 00-77 | Watlington v. American Home Products Corp., et al. |
| UTAH | | | |
| UT | 2 | 00-571 | Behunin v. American Home Products Corp., et al. |
| UT | 2 | 00-578 | Durvis, et al. v. American Home Products Corp., et al. |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 00-1137 | Harris, etc. v. American Home Products Corp., et al |
| WAW | 2 | 00-1181 | Gonsalves-Roen, et al. v. American Home Products, et al. |
| WAW | 3 | 00-5412 | Williams v. American Home Products Corp. |

# SCHEDULE CTO-62 – TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~00-914~~ | ~~Wiester v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| ~~ALM~~ | ~~3~~ | ~~00-913~~ | ~~Chapman v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| ALABAMA NORTHERN | | | |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ~~Thomas v. American Home Products Corp., et al~~ opposed 9/5/00 |
| ALN | 5 | 00-1871 | Johnson, et al. v. American Home Products Corp., et al. |
| ALN | 5 | 00-2047 | Bain v. American Home Products Corp., et al. |
| ARKANSAS EASTERN | | | |
| ARE | 3 | 00-276 | Powell v. Wyeth-Ayerst Laboratories, et al. |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 00-751 | Strain, et al. v. American Home Products Corp., et al. |
| CONNECTICUT | | | |
| CT | 3 | 00-1284 | Sirois v. American Home Products Corp., et al. |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 00-1014 | Allou v. American Home Products Corp., et al. |
| DC | 1 | 00-1517 | McLaughlin v. American Home Products Corp., et al. |
| KANSAS | | | |
| KS | 2 | 00-2050 | Brennan v. American Home Products Corp., et al. |
| KENTUCKY EASTERN | | | |
| KYE | 2 | 00-66 | Neace v. American Home Products Corp., et al. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 00-478 | Gorham v. American Home Products Corp., et al. |
| MINNESOTA | | | |
| MN | 0 | 00-1692 | Teeter v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1693 | Rakowski v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1694 | Louis v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1762 | Phillips v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1763 | Holliman v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1764 | Moore v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 00-1765 | Patterson, et al. v. Wyeth-Ayerst Laboratories, et al. |
| MISSISSIPPI SOUTHERN | | | |
| ~~MSS~~ | ~~2~~ | ~~00-164~~ | ~~Daughtrey v. American Home Products Corp., et al.~~ opposed 9/5/00 |
| NORTH CAROLINA EASTERN | | | |
| NCE | 4 | 00-97 | Garris v. American Home Products Corp., et al. |
| NCE | 4 | 00-98 | Andrews, et al. v. American Home Products Corp., et al |
| NCE | 5 | 00-451 | Hughes v. American Home Products Corp., et al. |
| NCE | 5 | 00-526 | Cooper v. Wyeth-Ayerst Laboratories, et al. |
| NCE | 7 | 00-124 | Cole, et al. v. American Home Products Corp., et al. |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 00-704 | Critzer, et al. v. American Home Products Corp., et al |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 00-244 | Worley v. American Home Products Corp., et al. |
| OREGON | | | |
| OR | 3 | 00-1050 | Reisbick v. American Home Products Corp. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 00-717 | Staton v. American Home Products Corp., et al. |
| PAW | 2 | 00-718 | Garlow v. American Home Products Corp., et al. |

FILED
JAN - 9 1998
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) :
: MDL DOCKET NO. 1203
:
THIS DOCUMENT RELATES TO ALL :
ACTIONS :

PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.